VIRGINIA MATTHEWS AND STANLEY C. VAN NESS, PUBLIC
ADVOCATE v. BAY HEAD IMPROVEMENT ASSOCIATION.

November 9, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. JOSEPH W. BROOKS.

November 9, 1982.

Petition for certification denied.

FRANCIS P. BRENNAN, SHERIFF OF BURLINGTON COUNTY
v. BURLINGTON COUNTY BOARD OF CHOSEN
FREEHOLDERS.

November 9, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH C. WHITE.

November 9, 1982.

Petition for certification denied.